UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ALLAN ABACI, et al.,<br><br>Defendants. | Case No. 3:23-cv-03669-JSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>Re: Dkt. Nos. 7, 23 |

The Court has reviewed Magistrate Judge Laurel Beeler's report and recommendation to dismiss this action for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e). (Dkt. Nos. 7, 23.) Judge Beeler previously screened the case and concluded Plaintiff's complaint involved a public-records request that belonged in state court because it did not allege a constitutional violation. (Dkt. No. 7.) Plaintiff thereafter filed an amended complaint, which Judge Beeler reviewed. Judge Beeler concluded the amended complaint concerned "old conduct" and the dispute was "at its core a current public-records request that should be filed in state court." (Dkt. No. 23 at 1.) Judge Beeler thus prepared the underlying report and recommendation recommending the action be dismissed for lack of subject matter jurisdiction. (*Id*. at 2.)

Although Plaintiff did not timely file objections to Judge Beeler's report and recommendation, he did file several additional documents including a notice of appeal, which challenges, among other things, Judge Beeler's report and recommendation. (Dkt. Nos. 25, 26, 27, 28.) Many of Plaintiff's filings appear to relate to another action he filed in this district which was dismissed without prejudice on July 24, 2023. *See Dominguez v. Pratt et al*, No. 23-981-HSG. The Court has reviewed de novo the original and amended complaints, Judge Beeler's initial screening order and her report and recommendation, and Plaintiff's subsequent filings. Plaintiff's

1  filings fail to address the deficiencies identified by Judge Beeler.  Accordingly, the Court finds the

2  report correct, well-reasoned, and thorough, and ADOPTS the report and recommendation. The

3  complaint is dismissed under 28 U.S.C. § 1915(e)(2) without prejudice to filing in state court.

4  **IT IS SO ORDERED.**

5  Dated:  November 15, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge